# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

March 9, 2023

VIA ECF  **MEMO ENDORSED.**
Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street, Room 20D
New York, NY 10007

Re:   *Lucero, et al. v. Medical Center Pharmacy, Inc., et al.*, 22-cv-08917 (RA) (OTW)

Dear Judge Wang:

This firm represents Plaintiffs and the putative class in the above-referenced matter. We write to respectfully request an adjournment of the Initial Case Management Conference scheduled for today at 11:00 am.

The undersigned was unaware of today's conference until 10:30 am today, due solely to the undersigned's own oversight. Counsel for Plaintiffs sincerely apologize for this error and inconvenience on the Court, and humbly request an adjournment of today's conference. Counsel for Plaintiffs has been engaged in settlement discussions with counsel for Defendants, and will work with counsel for Defendants to submit a proposed case management plan as soon as practicable. Additionally, it is our understanding that counsel for Defendants is actively engaged in trial out of state at the moment.

Thank you for your attention to this matter.

Very truly yours,

/s

David O'Brien

cc:   All counsel

Application **GRANTED**. The in-person Initial Case Management Conference previously scheduled for March 9, 2023 is hereby adjourned to **May 2, 2023 at 12:00 p.m.**

**SO ORDERED.**

_____
Ona T. Wang          3/9/23
U.S.M.J.

90 Broad Street New York, New York 10004 www.gslawny.com, Tel: 212.847.8315