**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
YOSHIO LUCERO, et al.,                          :
                                                :
              Plaintiffs,                :          22-CV-8917 (RA) (OTW)
                                                :
              -against-                  :          **ORDER**
                                                :
MEDICAL CENTER PHARMACY INC., et al.,           :
                                                :
              Defendants.                :
                                                :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file joint status letters on the last Friday of each month, beginning on **Friday, August 25, 2023**. The parties are further directed to file an updated proposed case management plan **by Friday, August 4, 2023**.

**SO ORDERED.**

Dated: August 1, 2023
       New York, New York

                                               *s/ Ona T. Wang*
                                               **Ona T. Wang**
                                               United States Magistrate Judge