```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOSHIO LUCERO, JOSE RODRIGUEZ, and LEANDRO SAHAD,

                Plaintiffs,

v.

MEDICAL CENTER PHARMACY, INC., SPECIALTY CARE PHARMACY, INC., TOTAL CARE PHARMACY, INC., TOTAL CARE PHARMACY BX, INC., TOTAL CARE PHARMACY IV, INC., EGIDIO SEMENTILLI, and LIDE SEMENTILLI,

                Defendants.

No. 22-cv-8917 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Now pending before the Court is Defendants' motion to dismiss the Amended Complaint. *See* Dkt. 21. For reasons that will follow, the motion is denied in its entirety. No later than September 27, 2023, the parties are directed to file a joint letter proposing dates when they are available to appear for a conference, as well as whether they would prefer the conference to occur in-person or remotely by phone or videoconference via Microsoft Teams.

    The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 21.

SO ORDERED.

Dated:   September 20, 2023
           New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge