**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
YOSHIO LUCERO, et al.,                                      :
                                                            :
                        Plaintiffs,                         :      22-CV-8917 (RA) (OTW)
                                                            :
        -against-                                           :      ORDER
                                                            :
MEDICAL CENTER PHARMACY INC., et al.,                       :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' letters. (ECF Nos. 50 and 52). The Court will treat the parties' motions for a conference as cross motions to compel production of documents and responses to interrogatories and document requests. The parties are directed to respond by letter brief to opposing counsel's motion to compel **by Friday, December 1, 2023**. **No replies**. If the parties fail to respond, the Court **will** treat the letter motions as unopposed.

SO ORDERED.

Dated: November 27, 2023                     /s/ Ona T. Wang
       New York, New York                    **Ona T. Wang**
                                             United States Magistrate Judge